IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:05-cr-252** |
| **v.** | : | |
| **JOHN MIZIC** | : | **Judge Sylvia H. Rambo** |

# **M E M O R A N D U M**

Before the court is Defendant John Mizic's motion for early termination of supervised release (Doc. 67), which the government opposes. The court will not repeat the procedural history of this case, but will note that Mizic was convicted of escape, 20 counts of bank fraud, and 19 counts of possession of stolen mail, and owes more than $367,000 in restitution.

The court will adopt the reasons set forth in the government's opposition brief and issue an order denying the motion.

                                               s/Sylvia H. Rambo
                                               SYLVIA H. RAMBO
                                               United States District Judge

Dated: February 16, 2018