IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **Crim. No. 1:05-cr-252**

**v.** :

**JOHN MIZIC** : **Judge Sylvia H. Rambo**

## **O R D E R**

**AND NOW**, this 16th day of February, 2018, **IT IS HEREBY ORDERED** that the motion for early termination of supervised release is **DENIED**.

                                                        s/Sylvia H. Rambo
                                                        SYLVIA H. RAMBO
                                                        United States District Judge